# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208–7 | User: admin | Date Created: 2/22/2022 |
| Case: 22–22084–shl | Form ID: 309F1 | Total: 18 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
7906492      APPROX 80 LEASES.

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | B&H Ventures, LLC        5 Hayes Court        Stony Point, NY 10980 | |
| ust | United States Trustee        Office of the United States Trustee        U.S. Federal Office Building        201 Varick Street, Room 1006        New York, NY 10014 | |
| aty | Michael A. Koplen        Law Offices        14 South Main Street        Suite 4        New City, NY 10956 | |
| smg | Internal Revenue Service        PO Box 7346        Philadelphia, PA 19101–7346 | |
| smg | N.Y. State Unemployment Insurance Fund        P.O. Box 551        Albany, NY 12201–0551 | |
| smg | New York State Tax Commission        Bankruptcy/Special Procedures Section        P.O. Box 5300        Albany, NY 12205–0300 | |
| smg | United States Attorney's Office        Southern District of New York        Attention: Tax & Bankruptcy Unit        86 Chambers Street, Third Floor        New York, NY 10007 | |
| 7906493 | BRUCE SHERR,        5 HAYES COURT        STONY POINT, NY 10980 | |
| 7906494 | BUREAU OF REVENUE COLLECTION        CITY OF BALTIMORE        200 HOLLIDAY ST        BALTIMORE, MD 21202 | |
| 7906495 | FCI LENDER SERVICES INC        8180 E. KAISER BLVD        ANAHEIM, CA 92808 | |
| 7906496 | INVESTORS LOAN SERVICING        45 N. STATION PLAZA        GREAT NECK, NY 11021 | |
| 7906497 | ISAAC SCHWIMMER        956 51ST ST        BROOKLYN, NY 11219 | |
| 7906498 | PIMLICO GROUP LLC        15 WALKER AVENUE SUITE 106        PIKESVILLE, MD 21208 | |
| 7906499 | PLANET HOME LENDING        321 RESEARCH PKWY        MERIDEN, CT 06450 | |
| 7906500 | ROC CAPITAL LOAN FUNDER        645 MADISON AVE FLOOR 19        NEW YORK, NY 10022 | |
| 7906501 | SHARESTATES INVESTMENTS, LLC        11 MIDDLE NIECK RD. SUITE 314        GREAT NECK, NY 11021 | |
| 7906502 | SN SERVICING CORPORATION        323 5TH STREET        EUREKA, CA 95501 | |

TOTAL: 17