KIRBY AISNER & CURLEY LLP
*Attorneys for Benjamin Eidlisz*
700 Post Road, Suite 237
Scarsdale, New York 10583
(914) 401-9500
Julie Cvek Curley, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:

B&H VENTURES, LLC,

                        Debtor.
------------------------------------------------------------X

Chapter 11
Case No. 22-22084-shl

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that pursuant to Rules 2002, 9007 and 9010(b) of the Rules of Bankruptcy Procedure, and 11 U.S.C. §1102(1) and §1109(b), the undersigned counsel appears for Benjamin Eidlisz, creditor and party in interest in this proceeding, and requests that all notice given or required to be given in this action and all related actions, be given and served upon the following:

> Julie Cvek Curley, Esq.
> Kirby Aisner & Curley LLP
> 700 Post Road, Suite 237
> Scarsdale, New York 10583
> Telephone: (914) 401-9500
> Email: jcurley@kacllp.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers, whether formal or informal, *ex parte* or on notice, written or oral, referred to in the Bankruptcy Rules and Code sections specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail,

delivery, telephone, telegraph, telecopier or otherwise, which affect or seek to affect in any way any rights or interests of the Debtor.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any later appearance, pleading claim, or suit shall waive the above-named entities' right to have final orders in noncore matters entered only after *de novo* review by a District Judge; or the right to trial by jury in any proceeding related to this case; or the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or to adjudicate rights in other applicable forums, or any other rights, claims, actions, defenses, setoffs, or recoupments to which these entities are or may be entitled under agreements, in law or in equity, all of which rights are expressly reserved.

Dated: Scarsdale, New York
      March 7, 2022

      KIRBY AISNER & CURLEY LLP
      *Attorneys for Benjamin Eidlisz*
      700 Post Road, Suite 237
      Scarsdale, New York 10583
      (914) 401-9500

      By: */s/ Julie Cvek Curley*
           Julie Cvek Curley, Esq.