Resolution of Board of Directors
of
**B&H Ventures, LLC**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Benjamin Sherr a/k/a Bruce Sherr, Sole Member of LLC** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Benjamin Sherr a/k/a Bruce Sherr, Sole Member of LLC** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Benjamin Sherr a/k/a Bruce Sherr, Sole Member of LLC** of this Corporation is authorized and directed to employ **Michael A. Koplen MAK-3316**, attorney and the law firm of **Law Offices of Michael A, Koplen** to represent the corporation in such bankruptcy case.

Date  **February 21, 2022**                              Signed  _____

Date  **February 21, 2022**                              Signed  _____

# United States Bankruptcy Court
## Southern District of New York

In re   **B&H Ventures, LLC**                                    Case No. _____
                               Debtor(s)                         Chapter   **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Benjamin Sherr a/k/a Bruce Sherr**, declare under penalty of perjury that I am the **Sole Member of LLC** of **B&H Ventures, LLC**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the __ day of __, 20__.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Benjamin Sherr a/k/a Bruce Sherr, Sole Member of LLC** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Benjamin Sherr a/k/a Bruce Sherr, Sole Member of LLC** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Benjamin Sherr a/k/a Bruce Sherr, Sole Member of LLC** of this Corporation is authorized and directed to employ **Michael A. Koplen MAK-3316**, attorney and the law firm of **Law Offices of Michael A, Koplen** to represent the corporation in such bankruptcy case."

Date  **February 21, 2022**                          Signed  **/s/ Benjamin Sherr a/k/a Bruce Sherr**
                                                             Benjamin Sherr a/k/a Bruce Sherr