```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------X
IN RE:                              Chapter 11

B&H Ventures, LLC,                  Case No. 22-22084-shl

                Debtor.             NOTICE OF APPEARANCE AND
--------------------------------X   DEMAND FOR SERVICE OF PAPERS
```

PLEASE TAKE NOTICE, that pursuant to section 1109(b) of Title 11, United States Code (the "Bankruptcy Code") and Rule 2002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the undersigned requests on behalf of LOAN FUNDER LLC, SERIES 11760, secured creditor/ interested party in the above-captioned case, that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the following: DEUTSCH & SCHNEIDER, LLP, 79-37 Myrtle Avenue, Glendale, New York 11385 (718) 417-1700.

PLEASE TAKE FURTHER NOTICE, that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes the notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, any plan of reorganization and objections thereto, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests, petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

```
Dated:  Glendale, New York     DEUTSCH & SCHNEIDER, LLP
        March 23, 2022         /s/ Doris Barkhordar
                           BY:_____
                               Doris Barkhordar, Esq.
                               79-37 Myrtle Avenue
                               Glendale, New York 11385
                               (718)417-1700
                               Attorneys for
                               LOAN FUNDER LLC, SERIES 11760
```

AFFIDAVIT OF SERVICE

LF-344(A)

STATE OF NEW YORK      )
                       ss.:
COUNTY OF QUEENS       )

The undersigned hereby certifies under penalty of perjury that: I am more than 18 years of age, not a party to this action, and that a true and correct copy of the foregoing NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS was served upon the parties set forth on the attached Service List by first class mail on March 23, 2022.

/s/
_____
Nicholas Liriano

Sworn to before me this
23th day of March, 2022.

/s/
_____
    Notary Public

DORIS BARKHORDAR
NOTARY PUBLIC STATE OF NEW YORK
QUALIFIED IN QUEENS COUNTY
LIC # 02BA6053713
COMMISSION EXPIRES 01/16/2023

## **SERVICE LIST**

B&H Ventures, LLC
5 Hayes Court
Stony Point, NY 10980

Michael A. Koplen, Esq.
14 South Main Street, Suite 4
New City, NY 10956

United States Trustee
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014

_____
Case No. 22-22084-shl                                  Chapter 11

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

================================================================

IN RE:


B&H Ventures, LLC,


                              Debtor.

================================================================


NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS


================================================================



**DEUTSCH & SCHNEIDER, LLP**
Attorneys for
LOAN FUNDER LLC, SERIES 11760

Office & P.O. Address, Telephone
Glendale Office
79-37 Myrtle Avenue
Glendale, New York  11385
Telephone  (718) 417-1700