UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                             Case No.: 22-22084-shl

    B&H VENTURES, LLC,                               Chapter 11

                                                    HON. JUDGE:
                                                    Sean H. Lane

                           Debtor.
-----------------------------------------------------------X

## OBJECTION TO MOTION TO APPROVE COMPROMISE AND TO DISMISS THE CASES

    TO:   THE HONORABLE SEAN H. LANE,
             CHIEF UNITED STATES BANKRUPTCY JUDGE

    Michael L. Carey, attorney for SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of the Igloo Series V Trust, successor in interest to Sharestates Investments, LLC ("Secured Creditor"), hereby affirms under penalty as follows:

    1.    I am an Associate Attorney of Friedman Vartolo, LLP, attorneys for the Secured Creditor. The Secured Creditor is owed more than $904,666,58 and the arrears to bring the account current are more than $95,399.23. A copy of the Loan Agreement dated January 8, 2020, with the Guaranty of Mr. Sherr, who is his own Chapter 11 Case # 22-22071 proceeding was attached as Exhibit A to the Objection to Use Cash Collateral. Secured Creditor to the extent that Mr. Sherr is seeking to use cash collateral in which the Secured Creditor has an interest in Mr. Sherr's Chapter 11 case the Secured Creditor objected in that case as well.

    2.    Secured Creditor holds mortgages and an assignment of rents on real properties owned by the Debtor and BGT 14 LLC located in Baltimore Maryland (the

"Properties"). A copy of the filed Deed of Trust with Security Agreement Financing Statement for Fixture Filing and Assignment of Rents duly recorded on February 18, 2020, was attached as Exhibit B to the Objection to Use Cash Collateral

3.  This Objection is submitted in response to the Motions to Approve a Compromise and to Dismiss the Bankruptcy proceedings of both cases.

4.  Secured Creditor objected to the Motion to Use Cash Collateral on the grounds that the Motion fails to meet the minimum requirements of Bankruptcy Rule 4001 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). Bankruptcy Rule 4001(b)(B) requires that cash collateral motions set forth the name of each entity with an interest in the cash collateral, the purpose for the use of cash collateral, the material terms , including duration, of the use of cash collateral and any liens, cash payments or other adequate protection that will be provided to each entity with an interest in cash collateral and if no additional adequate protection is proposed an explanation of why each entity is adequately protected. The Motion does not comply with the Bankruptcy Rules.

5.  Further, the Secured Creditor was not properly served with the Motion to use Cash Collateral and does not consent to the Debtor's use of Secured Creditor's Cash Collateral.

6.  The Court is aware that the Debtor B&H Ventures, LLC has used Cash Collateral without Bankruptcy Court approval. This is not only grounds to dismiss a case under Section 1112 but also grounds to convert the case to a proceeding under Chapter 7 or the appointment of a Chapter 7 11 Trustee.

7.  While it appears that the Debtors and Mr. Eidlisz have reached a settlement, the Debtors obligations and duties to the creditors of the Bankruptcy estates have not been

addressed at all. Money that should have been paid to the Secured Creditor as well as other creditors has been improperly transferred and an accounting needs to be made and the claims of creditors must be addressed and not left with the status quo of how the Debtors operated before the Debtors voluntarily sought Bankruptcy protection. It is likely that B&H Ventures, LLC could end up having to refile a new Chapter 11 Bankruptcy case in the event that this case is dismissed.

8. I have been advised that there is some exposure that properties can be lost to foreclosure or tax sales in the event of dismissal. Those properties are and were protected by the filings and the automatic stay.

9. The Debtor B&H Ventures. LLC is unrepresented at the current time.

10. The proposed Attorney for the Debtors has not been retained and is seeking payment of $10,000.00 without a fee application. There is no discussion as to what will happen to the remaining attorney retainer that is to be transferred to the Trust Fund of Kirby Aisner & Curley after these cases are dismissed.

11. No operating reports have been filed. No rent rolls have been filed. No accounting from Empire has been provided as to the rents collected pre- and post-petition.

12. The Debtors have not been examined at scheduled 341 Meetings.

13. The proposed Settlement of the Compromise does not deal with the other creditors, does not provide tax analysis as to the transfer of ownership and does not address the tax returns for the Debtors. Secured Creditor believes that an independent review by a Chapter 7 or Chapter 11 Trustee would be required prior to any approval by this Court.

**WHEREFORE,** Secured Creditor respectfully requests that this Court deny the instant application, in its entirety, convert the cases to Chapter 7 or appoint a Chapter 11 Trustee so that all rents in which Secured Creditor has a secured interest and an accounting of all rents received in which the Secured Creditor has an interest can be provided and the Estates can be properly administered for all Creditors; and such other further relief that this Court deems proper.

Dated: Garden City, NY
April 6, 2022

Respectfully submitted,
FRIEDMAN VARTOLO, LLP.

By: /s/Michael L. Carey, Esq.
Michael L. Carey, Esq.
Attorneys for Secured Creditor
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
Telephone: 212-471-5100

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                                            Case No.: 22-22084-shl

    B&H Ventures, LLC,                                          Chapter 13

                                          HON. JUDGE:
                                          Sean H. Lane

               Debtors.
-----------------------------------------------------------X

## CERTIFICATION OF SERVICE

      On April 6, 2022, I, Michael L. Carey, Esq., <u>caused to be served</u> a true copy of the annexed **OBJECTION TO The MOTION to APPROVE COMPROMISE AND TO DISMISS THE CASES** by electronic service using the Courts ECF system.

                                                    By: <u>/s/Michael L. Carey, Esq.</u>
                                                      Michael L. Carey, Esq.
                                                      FRIEDMAN VARTOLO LLP
                                                      1325 Franklin Avenue, Suite 160
                                                      Garden City, New York 11530
                                                      T: (212) 471-5100
                                                      F: (212) 471-5150